(Name)
MANUEL TAMAYO TORRES JR.

(Address)
PO BOX 1050

(City, State, Zip)
SOLEDAD CA, 93960

(CDC Inmate No.)
#V12118

FILED

2008 MAR -6 PM 3: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| 2254 | 1983 ✓ |
|---|---|
| **FILING FEE PAID** | |
| Yes | No ✓ |
| **IFP MOTION FILED** | |
| Yes ✓ | No |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

## United States District Court
### Southern District of California

MANUEL TAMAYO TORRES JR.
(Enter full name of plaintiff in this action.)

                                        Plaintiff,

        v.

MARLIN SNYDER            ,
C/O BELLINGER            ,
C/O BLANKERSHIM          ,
C/O GRANILLO             ,
(Enter full name of each defendant in this action.)

                                        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 0427 J AJB**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, MANUEL TAMAYO
(print Plaintiff's name)

TORRES JR. , who presently resides at SALINAS VALLEY STATE
(mailing address or place of confinement)

PRISON, SOLEDAD CA, 93960 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at CALIFORNIA

CORRECTIONAL INSTITUTION on (dates) 9/1/07 , , and
(institution/place where violation occurred)         (Count 1)        (Count 2)        (Count 3)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1



Defendant MARLIN SNYDER        resides in  TEHACHAPI      ,
        (name)                                    (County of residence)

and is employed as a PSYCHOLOGIST TECHNICIAN . This defendant is sued in
                    (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: DEFENDANT SHOWED A FULL SCREEN OF CORRUPTION,
CONSPIRACY, WITH LOTS OF CONFLICT OF INTREST. FULL CONSPIRACY
OF TAUNTING AND THREATNING PLAINTIFFS MOTHERS LIFE UNDER
LAW. INTENTIONAL SELECTION OF HATE CRIME, DUE TO MY LAST
NAME TORRES.

Defendant  J. BELLINGER        resides in  TEHACHAPI      ,
        (name)                                    (County of residence)

and is employed as a C/O, CORRECTIONAL OFFICER . This defendant is sued in
                    (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: CRUEL AND UNUSUAL PUNISHMENT, CORRUPTION AND
CONSPIRACY, TAUNTING INMATE THREATNING MOTHERS LIFE.
INTENTIONAL SELECTION OF HATE CRIME, DUE TO MY LAST NAME
TORRES.

Defendant  BLANKERSHIM        resides in  TEHACHAPI      ,
        (name)                                    (County of residence)

and is employed as a CORRECTIONAL OFFICER . This defendant is sued in
                    (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: CRUEL AND UNUSUAL PUNISHMENT, CORRUPTION AND
CONSPIRACY, TAUNTING INMATES MOTHERS LIFE WITH THREAT.
INTENTIONAL SELECTION OF HATE CRIME DUE TO MY LAST NAME
TORRES.

Defendant  GRANILLO        resides in  TEHACHAPI      ,
        (name)                                    (County of residence)

and is employed as a CORRECTIONAL OFFICER . This defendant is sued in
                    (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: CRUEL AND UNUSUAL PUNISHMENT, CORRUPTION AND
CONSPIRACY, TAUNTING INMATES MOTHERS LIFE WITH THREAT.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT, FREEDOM OF RELIGION AND (E.g., right to medical care, access to courts, FREEDOM OF ASSOCIATION, THREATNING A FAMILY MEMBER. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.] DEFENDANT MARLIN SNYDER VIOLATED MY FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT, BRINGING CONSPIRACY AND CORRUPTION WITH THE THREAT OF MY MOTHERS LIFE. LYING TO THE CORRECTIONAL STAFF TO DO ME HARM WITH HUMILIATION OF CRUEL PUNISHMENT BASED ON LIES.     2. DEFENDANT C/O BELLINGER VIOLATED MY RIGHT WITH THE CRUEL AND UNUSUAL PUNISHMENT OF HUMILIATING ME WITHOUT LEGAL AUTHORITY.     3. DEFENDANT C/O BLANKERSHIM VIOLATED MY RIGHTS BASED ON LIES WITH CRUEL AND UNUSUAL PUNISHMENT OF HUMILIATING ME WITHOUT LEGAL AUTHORITY.     4. DEFENDANT C/O GRANILLO VIOLATED MY RIGHTS WITH CRUEL AND UNUSUAL PUNISHMENT OF HUMILIATING ME WITHOUT LEGAL AUTHORITY.

(A1) EXAMPLE: MY WITNESSES, THAT "TONY KILGOR" AND FERNANDO GONZALEZ THAT HEARD SUBJECT MARLIN SNYDER SAY AND THREATNED MY MOTHER BY SAYING HER NAME BERTHA TORRES VOLUNTEERED AND OFFERED THERE SERVICE AS WITNESSES WERE RELEASED FROM THEIR CELL CCI 4AX6C X CELL 206, TO THE YARD.

(A2) EXAMPLE: SHO LIEUTENANT B. TROUE FOUND ME NOT GUILTY OF CHARGES, AND DESTROYED THE FILE. LOG# CCI-4AAS-07-09-0440 THE STORY WAS DEEMED IMPOSSIBLE TO ACCOMPLISH BUT YET C/O STAFF AND QUOTED "SAID" WE'LL SEE WHO GETS THE LAST LAUGH"! TO BE EXACT IT WAS C/O ARELLANO THAT TOOK PICTURES OF THE FLOODED TIER AND HOLES ON MY CONCRETE FLOOR.

(A3) EXAMPLE: D.A. REFERRAL WAS FILED TO KERN COUNTY THAN DROPPED BY CDC CALIFORNIA CORRECTIONAL INSTITUTION BECAUSE MY WITNESSES CAME FORWARD TO TALK BEFORE TIME, IN OTHER WORDS THEY WANTED TO COVER THIS UP.

Count 2:  The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3:  The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? X Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:

Plaintiffs: MANUEL TAMAYO TORRES JR.

Defendants: CDC WITH MISULA. NAMES OF PERSONS

(b)  Name of the court and docket number: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, NO DOCKET NUMBER YET.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] DISPOSITION IS STILL PENDING

(d)  Issues raised:

(1) MEDICAL MAL-FUNCTION, (2) FALSIFYING MY IDENTITY HOLDING ME TO MY WILL, (3) CORRECTIONAL BRUTALITY, (4) ROBBERY BY CDC, (5) THIS ONE CRUEL AND UNUSUAL PUNISHMENT OF CONSPIRACIES, (6) HATE CRIMES OF INTENTIONAL SELECTIONS, (7) ATTEMPTED MANSLAUGHTER WITH TOXICATION

(e)  Approximate date case was filed: MAILED ON - 1/15/08

(f)  Approximate date of disposition: STILL PENDING

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought. WELL EVERY TIME 602 WAS FILED I'D GET CONSPIRACY AND CORRUPTION BACK. CDC STICKS TOGETHER SO WHAT WE 602 HERE GETS COVERED, FILING WITH THE COURTS IS THE ONLY LOGICAL WAY OF SOLVING THESE CRIMES. INSTITUTIONAL 602'ING IS THE WRONG WAY TO GO ALL YOUR REALLY DOING IS LETTING THEM KNOW AND GIVING THEM TIME TO COVER UP BUT ALL MY CASES FILED ON CDC ARE ON FILE HERE, ALL YOU GOT TO DO IS GET MY FILES EXAMPLE MY 115 RVR WAS DROPPED THE DEFENDANTS STORY DID NOT ADD UP BUT YET I WAS CRUELLY PUNISHED, AND HUMILIATED.

## E.  Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): I MANUEL TAMPANOTORRES JR. REQUEST THE RELIEF OF $350°°; Im Filing HABEAS CURPUS AND UNDER STAND THAT $5°° WILL BE DEDUCTED

2. Damages in the sum of $  0.00

3. Punitive damages in the sum of $  0.00

4. Other:

## F.  Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☒ Court.  (Choose one.)

## G.  Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

3/3/08
_____
Date

_____
Signature of Plaintiff

MANUEL TAMAYO TORRES JR.
P.O. BOX 1050
SOLEDAD CA, 93960
# V12118

MANUEL TAMAYO TORRES JR,
              PLAINTIFF,
      VS.

MARLIN SNYDER,
C/O BELLINGER,
C/O BLACKERSHIM,
C/O GRANILLO,  DEFENDANTS,

      I'D like to introduce myself and this case to the people and the court. I'd like to accomplish the fullest with the truth and this Habeas Corpus petition. My name is Manuel Tamayo Torres Jr, my father's name is Jose Enos Torres, he's a U.S. Navy seal. As for my grandpa John Torres was a U.S. Navy seal. My grandpa fought Pearl Harbor and we are Caucasian white. I've had many problems with CDC due to my last name Torres, I'm being held to some other ethnicity, the counselors refuse to file me white. I'm a former U.S. Marine, I never made it out to the military due to my charge of assault I picked up, I was protecting myself. I also hold credentials for the California International Guard, since I've been here in prison I've had nothing but conspiracy. A relative of mine C/O Wayne Holman works over at San Diego Donavan reception center and the minute I walked in we had problems. I'm white my eyes turn colors blue I got freckles on my face I just wanted to do my time to get out, I've lost 11 months do to racial problems I'm celled with other color people. I asked the court to test my blood samples I'm fully white I'm waiting on some kind of response, my mother Bertha Torres call the counselors they ignore her they tell her I'm celled already but yet another person's mother calls they go to their cell to talk to the inmate.

      Habeas corpus petitions on 9/11/07, over at California Correctional Institution Tenachapi. he filed in April 6/2008, the psych tech Mr. Marlin Snyder walked in and as usual he came in taunting me but this time Marlin Snyder knew my mother's name. He went around the hole black saying I belonged to Bertha Torres I was listening very closely. When he was three doors away he kept on going, I was cleaning my cell at the time and people had the tier flooded. Marlin Snyder approached my cell 208, I immediatly asked him for his last name he refused to give it up asking why I needed it, he gave me Mr. Rands once another inmate told me he was lying subject Marlin Snyder walked away from my cell and away from all cell doors. I didn't see when he walked off the tier before he walked away from my cell he looked at me as if we were having some kind of stand off. My neighbors down in 206 Fernando Gonzalez and Tony Kilgor asked what was going on with the psych tech Marlin Snyder and why he was saying my mom's name. I already had problems with C/O staff. Sgt Pool the counselors because I'm a bit Hawaiian I'm a plain American with Hawaiian in me. Back in January and February of 2007 two incidents happened in Hawaii some white people were assaulted and told to leave the beach front 9 whites. And on the other one a man and his wife were beaten by a Hawaiian father and son inside a grocery parking lote.

      I told C/O staff I did nothing yet I'm receiving such cruel and unusual punishment from C/O staff all psychologist staff put it together taking back up to my cell C/O Bellinger and C/O Blackershim took all my property and left me bare foot. They printed this form out saying I was to be feed off the floor I said I had to go to the back cell to get my meals, yet they made me get down to the floor and taunted me saying you want your food, do you really want your food spilling it on the floor and slamming my slot. They took pleasure in doing this every day. Every other day we get showers under rules and regulations I was refused to get my shower, 10 days were

Printed out on their form, But cdo Bellinger and dio Glendussshim took it into their own hands and gave me 48 hours more of cruel punishment i spoke to the Psych tech and he called I.E. officer Granillo she had to come up to take me off the punishment status and removed the sandbags from my door. I was treated like an animal 12 days, they released my witnesses to the yard and dropped my 115 RVR write up. The story made no sence, shortly after i was rehoused and inflicted with more cruel punishment over in 4A/8B/104$^1$, I was forced to sleep on the concrete floor i was refused toilet paper when it came time to releave myself i had to use news paper to clean myself. Cruel punishment, conspiracy, corruption, hate crims intentional selection of conspiracy was all used i'd know this would complete habeas corpus petition for proper handling.

MANUEL TAMAYO TORRES JR.
CDC#V12118

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Manuel Tamayo Torres Jr

**DEFENDANTS** 2254 1983

FILING FEE PAID
Yes ___ No ✓

HFP MOTION PROPOSED
Yes ✓ No ___

COPIES SENT TO
Court Attorneys

Snyder, et al

FILED
2008 MAR -6  PM 3: 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Manuel Tamayo Torres Jr
PO Box 1050
Soledad, CA 93960
V-12118

ATTORNEYS (IF KNOWN)

'08 CV 0427 J AJB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)   **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE _____   Docket Number _____

DATE  March 6, 2008

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*