PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED

08 MAR 25 PM 3:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

March 17, 2008

Office of the Clerk
Eastern District of California
501 I Street
Sacramento, CA 95814-7300

Re: Torres v. Snyder, et al., Case No. 08cv0427 J (AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __A. Everill__
Angie Everill, Deputy

SEAL

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF ___3/21/08___
AND ASSIGNED CASE NUMBER ___2:08cv632 GEB GGH___

CLERK, U.S. DISTRICT COURT

By: _____, Deputy